UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| LASHAWNA JACKSON, | Case No. 09-13900 |
| Plaintiff, | SENIOR UNITED STATES DISTRICT JUDGE |
| v. | ARTHUR J. TARNOW |
| COMMISSIONER OF SOCIAL SECURITY, | UNITED STATES MAGISTRATE JUDGE R. STEVEN WHALEN |
| Defendant. | |

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION [13], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [8], GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [11], AND DISMISSING CASE

On November 18, 2010, Magistrate Judge Whalen issued a Report and Recommendation [13] that Plaintiff's Motion for Summary Judgment [8] be denied, that Defendant's Motion for Summary Judgment [11] be granted, and that the findings and conclusions of the Commissioner be affirmed.

No objections were filed.

The Court has reviewed the record in this case.

The Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** and is entered as the findings and conclusions of the Court.

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [8] is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Summary Judgment [11] is **GRANTED**.

Plaintiff's Complaint [1] is hereby **DISMISSED.**

**SO ORDERED.**

S/ARTHUR J. TARNOW
Arthur J. Tarnow
Senior United States District Judge

Dated: December 10, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 10, 2010, by electronic and/or ordinary mail.

s/LaShawn R. Saulsberry
Relief Case Manager